UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, EASTERN DIVISION

| | |
|---|---|
| CESAR J. VAZQUEZ<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>COUNTY OF SAN BERNARDINO, SHERIFF JOHN MCMAHON, JEFF ROSE, ROBERT ESCAMILLA, RUSSELL KOPASZ, ROBERT MORRIS, ERIC SMALE, ANDREW CRUZ, NICHOLAS OAKLEY, DANIEL STRYFFELER, [FNU] ZURBI and DOES 1 through 25, inclusive,<br><br>　　　　Defendants. | Case No. 5:14-cv-01753-JGB (MRWx)<br>Judge: Hon. Jesus G. Bernal<br><br>**ORDER** |

Pursuant to the stipulation of the parties, the Court hereby dismisses this entire action, with prejudice.

IT IS SO ORDERED:

DATED: April 17, 2018

_____
United States District Court Judge
Hon. Jesus G. Bernal